# U.S. District Court

## Kentucky Eastern - London

Receipt Date: Jan 17, 2025 12:18PM

Shane Parker  
415 Ellen St  
London, KY 40741

| Rcpt. No: 600001518 | | Trans. Date: Jan 17, 2025 12:18PM | | | Cashier ID: #AR |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| MO | Money Order | #19-734525615 | 01/17/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Filing fee for 6:25-cv-05-CHB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.