UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
6:25-cv-005-CHB

| | |
|---|---|
| SHANE PARKER I | ) |
| KRISTA HUNTER | ) |
|     Plaintiffs, | ) |
| | ) |
| VS. | ) |
| | ) |
| [Judge#1 Cathy Prewitt], In | ) |
| their individual and official capacity | ) |
| as District Judge; | ) |
| [Judge#2 Fred White], in their | ) |
| individual and official capacity as | ) |
| District Judge; | ) |
| [Domestic Relations | ) |
| Commissioner's Robert Stephens], in | ) |
| their individual and official capacity as | ) |
| Domestic Relations Commissioner; | ) |
| [Third-Party's Brittney Parker]; | ) |
| [Opposing Counsel's Eric Dixon Law | ) |
| Office], etc.; Josh Lowe; | ) |
| [Sheriff's Department Personnel, | ) |
| Bill Elliott]; | ) |
| [District Attorney's Robert Hammons], | ) |
| in their individual and official capacity as | ) |
| Distract (sic) Attorney]; [Child Protective | ) |
| Services Personnel, Amy Keef, and | ) |
| Robert Thompson]; [Guardian Ad Litem, | ) |
| Nick Wilson]; [Kentucky Judicial | ) |
| Conduct Committee]; [Commonwealth | ) |
| Attorney Ronnie Bowling, in their | ) |
| individual and official capacity as | ) |
| Commonwealth Attorney]; | ) |
| [Assistant Commonwealth Attorney, | ) |
| John Reynolds], in their individual | ) |
| and official capacity as Assistant | ) |
| Commonwealth Attorney]; | ) |
| [Whitley County High School | ) |
| Administration], Matt Rifle and Jeremy | ) |
| Shopp; | ) |
| [Family Cabinet of Health and Services], | ) |
| Heather Carpenter; | ) |
| [Kentucky State Police Post #11], | ) |

| | |
|---|---|
| **Donnie Jones;** | ) |
| **[Laurel County Sheriff's Department],** | ) |
| **Gerg Pointer;** | ) |
| **[Circuit Court Clerk], Gary Barton;** | ) |
| **[Laurel County DCBS], Rayla Turner** | ) |
| **and Wade Strunk,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Defendant, Robert Hammons, individually and in his Official Capacity as Whitley County Attorney and Heather Carpenter (Child Support enforcement case worker), and moves this Court pursuant to FRCP 12(b)(6), and all other applicable authority, for a Judgment and order Dismissing all claims against them on the grounds that the Plaintiffs herein have failed to state a claim against them upon which relief may be granted, in general, and upon federal and state absolute prosecutorial immunity, sovereign immunity, Eleventh Amendment Immunity and limitations grounds, in particular, and that they are therefore entitled to Judgment as a matter of law.  A memorandum of law in support of this motion and proposed Order Dismissing is attached to this motion.

WHEREFORE, the Defendants Robert Hammons and Heather Carpenter respectfully requests a Judgment and Order Dismissing all claims against them, with prejudice.

RESPECTFULLY SUBMITTED,

s/Howard O. Mann
HOWARD O. MANN
LAW OFFICES OF HOWARD O. MANN, P.S.C.
104 N. KENTUCKY AVE.
CORBIN, KENTUCKY 40701
TELEPHONE: (606) 528-0616
FACSIMILE: (606) 528-0709
hmannlaw@bellsouth.net

And

JASON E. WILLIAMS
WILLIAMS & TOWE LAW GROUP, PLLC

        303 SOUTH MAIN STREET
        LONDON, KENTUCKY 40741
        TELEPHONE: (606) 877-5291
        FACSIMILE: (606) 877-5294
        jason@wftlaw.com

## NOTICE

Notice is hereby given that the foregoing motion will be brought on for hearing at the convenience of the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025 I electronically filed the foregoing document with the United States District Court, Eastern District of Kentucky, London Division for the Sixth Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Shane Parker
415 Ellen Street
London, KY 40741

Krista Hunter
415 Ellen Street
London, KY 40741

        s/Howard O. Mann
        HOWARD O. MANN