UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
6:25-cv-005-CHB

| | |
|---|---|
| **SHANE PARKER I** ) | |
| **KRISTA HUNTER** ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | |
| ) | |
| [Judge#1 Cathy Prewitt], In ) | |
| their individual and official capacity ) | |
| as District Judge; ) | |
| [Judge#2 Fred White], in their ) | **(Proposed) ORDER DISMISSING** |
| individual and official capacity as ) | |
| District Judge; ) | |
| [Domestic Relations ) | |
| Commissioner's Robert Stephens], in ) | |
| their individual and official capacity as ) | |
| Domestic Relations Commissioner; ) | |
| [Third-Party's Brittney Parker]; ) | |
| [Opposing Counsel's Eric Dixon Law ) | |
| Office], etc.; Josh Lowe; ) | |
| [Sheriff's Department Personnel, ) | |
| Bill Elliott]; ) | |
| [District Attorney's Robert Hammons], ) | |
| in their individual and official capacity as ) | |
| Distract (sic) Attorney]; [Child Protective ) | |
| Services Personnel, Amy Keef, and ) | |
| Robert Thompson]; [Guardian Ad Litem, ) | |
| Nick Wilson]; [Kentucky Judicial ) | |
| Conduct Committee]; [Commonwealth ) | |
| Attorney Ronnie Bowling, in their ) | |
| individual and official capacity as ) | |
| Commonwealth Attorney]; ) | |
| [Assistant Commonwealth Attorney, ) | |
| John Reynolds], in their individual ) | |
| and official capacity as Assistant ) | |
| Commonwealth Attorney]; ) | |
| [Whitley County High School ) | |
| Administration], Matt Rifle and Jeremy ) | |
| Shopp; ) | |
| [Family Cabinet of Health and Services], ) | |
| Heather Carpenter; ) | |
| [Kentucky State Police Post #11], ) | |

| | |
|---|---|
| **Donnie Jones;** | ) |
| **[Laurel County Sheriff's Department],** | ) |
| **Gerg Pointer;** | ) |
| **[Circuit Court Clerk], Gary Barton;** | ) |
| **[Laurel County DCBS], Rayla Turner** | ) |
| **and Wade Strunk,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING

*** *** *** *** ***

This matter being before the Court upon motion of the Defendants, Whitley County Attorney, Robert Hammons and Heather Carpenter under FRCP 12(b)(6) and FRCP 12(h)(3) to Dismiss the Complaint filed herein, and the Court having reviewed the file, including the motion and memorandum in support thereof and all memoranda in response or reply, and being sufficiently advised,

IT IS hereby ORDERED and ADJUDGED that the Complaint be and hereby is DISMISSED, with prejudice.

Dated this the _____ day of _____, 2025.

_____
CLARIA HORN BOOM, JUDGE
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

DISTRIBUTION:

Howard O. Mann
Law Offices of Howard O. Mann, P.S.C.
104 N. Kentucky Ave.
Corbin, Kentucky 40701
Hmannlaw@Bellsouth.Net

Jason E. Williams
Williams & Towe Law Group, PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com

Shane Parker
415 Ellen Street
London, KY 40741            _____

Krista Hunter
415 Ellen Street
London, KY 40741            _____


_____
CLERK            DATE: