# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION - LONDON
# CIVIL CASE NUMBER: 6:25-cv-00005-CHB

SHANE PARKER
KRISTA HUNTER,                                                                      PLAINTIFFS,

V.

ERIC DIXON, et al.,                                                                 DEFENDANT.

## ANSWER

Comes now the Defendant, Eric Dixon, Esq. and hereby submits his answer to the above styled complaint.

1. Defendant is without sufficient knowledge as to the basis of Plaintiff's Complaint as alleged in paragraph 1 of the Complaint and therefore denies the allegation.

2. Defendant is without sufficient knowledge as to the basis of Plaintiff's Complaint as alleged in paragraph 2 of the Complaint and therefore denies the allegation.

3. Defendant denies the allegation in paragraphs 3, 4, 5, 6, and 7 of the Complaint.

4. Defendant admits the allegation in paragraph 8 of the Complaint.

5. Defendant denies the allegation in paragraph 9 of the Complaint.

6. Defendant denies the allegation in paragraph 10 in so much as the allegation that Defendant "conspired with state actors in a manner that deprived Plaintiff of Constitutional rights". Defendant admits the allegation in paragraph 10 that he is an attorney licensed in the State of Kentucky and was counsel for Brittany Parker.

7. Defendant denies the allegation in paragraph 11.

8. Defendant denies the allegation in paragraph 12.

9. Defendant denies the allegation in paragraph 13.

10. Defendant denies the allegation in paragraph 14.

11. Defendant denies the allegations in paragraphs 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 and duplicate paragraph 26, 27.

12. Defendant denies the "allegations" and "Qualified Immunity Argument" in its entirety as presented in the Complaint. This denial includes, but is not limited to, paragraphs 1-5 of the Complaint in conjunction with "Qualified Immunity Argument" section of Plaintiff's Complaint.

13. Defendant denies the allegations in paragraph 28, 29, 30, 31, 32 of the Complaint.

## AFFIRMATIVE DEFENSES

14. The Complaint fails to state causes of action against Defendant upon which relief may be granted, and therefore should be dismissed.

15. This action should be dismissed for failure to join indispensable parties.

16. Plaintiffs' claim for damages for Defendants alleged nuisance shall be dismissed as Plaintiffs caused the conditions complained of in Plaintiffs' complaint.

17. Plaintiffs' claims are barred partially or completely as Defendant has not breached any duty owed to Plaintiffs.

18. The damages claimed, if any, may have been the direct or proximate result of the negligence or acts of Plaintiffs, their predecessors-in-title, or some third person, person, entity, or entities, acting jointly or individually with others, and such alternative cause act as a bar, in whole or in part, to Plaintiffs' recovery against Defendant.

19. Defendant reserves the right to assert additional affirmative defenses and file appropriate motions to dismiss and summary judgment as they become known through the course of discovery.

**WHEREFORE**, Defendant, ERIC DIXON, respectfully prays for the following relief as follows:

1. The Plaintiff's Complaint be dismissed with prejudice;

2. Defendant be awarded his attorney's fees, court cost, and expenses;

3. All relief requested in Defendant's Answer;

4. A trial by jury; and

5. Any and all other relief to which Defendant appear entitled.

Respectfully submitted,

*/s/Conrad A. Cessna, Esq.*
Conrad A. Cessna, Esq.
*Cessna & George Law Firm*
506 S. Main Street
P. O. Box 3260
London, KY  40743
Telephone: (606) 770-5400
Facsimile:  (606) 770-5401
*Counsel for Defendant, Eric Dixon*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing has been electronically filed and/or mailed on this the 22nd day of April, 2025, to the following:

US District Court
*e-filing*


Shane Parker, Plaintiff
Krista Hunter, Plaintiff
415 Ellen Street
London, KY 40741

                                                        */s/Conrad A. Cessna, Esq.*
                                                        Conrad A. Cessna, Esq.
                                                        *Counsel for Defendant, Eric Dixon*